Jorge RIVERA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 513, 2015

Supreme Court of Delaware.

Submitted: February 29, 2016
Decided: March 2, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1210010331

DISMISSED.